UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTOR MANUEL HERNANDEZ ROSABAL,

    Petitioner,

v.                                        Case No. 3:26-cv-235-MMH-LLL

KRISTI NOEM, et al.,

    Respondents.

_____

## ORDER

Petitioner Victor Manuel Hernandez Rosabal initiated this case by filing, through counsel, a Petition for Writ of Habeas Corpus (Doc. 1; Petition). Under 28 U.S.C. § 2242, an "[a]pplication for a writ of habeas corpus shall be in writing signed and <u>verified</u> by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added). The Petition fails to include a verification.

Accordingly, it is **ORDERED** that by **March 18, 2026**, Petitioner shall supplement his Petition with a proper verification.

**DONE AND ORDERED** at Jacksonville, Florida, this 12th day of February, 2026.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

        Jax-9 2/12
c:     Counsel of Record